```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TRAIAN CRUCERU                  :      CIVIL ACTION

      vs.                       :

RAYMOND SOBINA, et al.          :      NO. 09-CV-39

## ORDER

AND NOW, this 27th day of October, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart and the Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for writ of habeas corpus is DENIED.
3. There is no basis for the issuance of a certificate of appealability.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.